```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 18313
    THEODORE E BARON
    BARBARA A BARON                             CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
           Debtor
    SSN XXX-XX-6093     SSN XXX-XX-6761
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/05/07 and confirmed on 11/30/07.

   2.  The case was dismissed after confirmation, 11/07/2008.

   3.  The Debtor paid a total of $   1645.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CONSUMER PORTFOLIO SERVI | SECURED VEHIC | 8967.58 | 539.13 | 823.06 |
| MONTEREY FINANCIAL SVCS | SECURED | 1600.00 | 98.77 | 97.12 |
| ACUTE CARE SPECIALIST | UNSECURED | NOT FILED | .00 | .00 |
| ADVENTIST GLENOAKS MEDIC | UNSECURED | NOT FILED | .00 | .00 |
| AFFINITY CASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | 435.69 | .00 | .00 |
| AMERICAS FINANCIAL LENDE | UNSECURED | 872.94 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 1421.39 | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 836.08 | .00 | .00 |
| CASHCALL INC | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 860.55 | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DEFINITY HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE PATHOLOGY ASSOC S | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 385.96 | .00 | .00 |
| H&F LAW | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HELLER & FRISONE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | 1027.37 | .00 | .00 |
| SUBURBAN RADIOLIGISTS | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1075.38 | .00 | .00 |
| USA PAYDAY LOANS | UNSECURED | 425.00 | .00 | .00 |
| MONTEREY FINANCIAL SVCS | UNSECURED | 445.12 | .00 | .00 |

```
JEFFERSON CAPITAL SYSTEM UNSECURED         490.75              .00              .00
      Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER          TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  10567.58         .00     8276.23          .00       18843.81
PRINCIPAL PAID        920.18         .00          .00         .00         920.18
INTEREST PAID         637.90         .00          .00         .00         637.90
TOTAL PAID           1558.08         .00          .00         .00        1558.08
The Debtor's attorney, LEGAL HELPERS PC             , was allowed $    3500.00
and was paid $   1006.00   direct and $       .00  through the plan.

The Trustee received $      86.92 .

Refunds to the Debtor totaled $        .00 .
```

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/11/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE